UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

_____

Carol L. Greene,

                              Court File No. 15-CV-04223-PAM-JSM

        Plaintiff,

  vs.

                           **PLAINTIFF'S MOTION TO**
                           **AMEND COMPLAINT**

Delta Airlines, Inc., Successor-in-Interest to
Northwest Airlines, Inc.;

Xerox Business Services, LLC;

Blue Cross Blue Shield of Minnesota, Inc.;

Express Scripts Administrators, LLC;
Express Scripts, Inc. and Express
Scripts Services Company, Successors-in-Interest to
Medco Prescriptions, LLC and
Medco Health Solutions, Inc.

UnitedHealthcare, Inc. and UnitedHealthcare Services, Inc.

OptumRx, Inc. and Prescription Solutions, now
d/b/a as OptumRx;

Medica Health Plans, individually and
d/b/a MEDICA Choice

                    Defendants.
_____

(The remainder of this page left blank intentionally.)

## Plaintiff's Motion to Amend Complaint

Plaintiff brings this Motion to Amend Complaint, in the form of the attached Exhibit A, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff's Memorandum of Law and upon the files records and proceedings herein. Defendants' refusal to agree in writing to Plaintiff's proposed Amended Complaint necessitates the filing of this Motion.

Dated: May 5, 2016

Respectfully submitted:
**/s/** Jody A. Cohen Press

Attorney for Plaintiff
Press Law Office, PLLC
Minnesota Attorney License No. 0187240
Press Law Office, PLLC
Park Place East
5775 Wayzata Boulevard Suite 700
St. Louis Park, MN 55416
952-525-2298
jody@presslawoffice.com

2